UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

      -v.-                        :    07 Cr.

MICHAEL SMITH,                     :

      Defendant.                   :

- - - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

The Grand Jury charges:

In or about November 2006, in the Southern District of New York and elsewhere, MICHAEL SMITH, the defendant, unlawfully, willfully, and knowingly, having devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, on or about November 7, 2006, SMITH sent a facsimile from New York, New York to an office of the Federal Reserve Bank in Kansas City, Missouri, in which SMITH falsely represented himself to be a Director of the United Services

Automobile Association ("USAA") and sought to obtain access to the USAA's account with the Federal Reserve Bank.

(Title 18, United States Code, Sections 1343.)

_____  
Foreperson

_____  
MICHAEL J. GARCIA  
United States Attorney

```
===============================================
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
===============================================

            UNITED STATES OF AMERICA

                     - v. -
                 MICHAEL SMITH,

                   Defendant.
-----------------------------------------------

                   INDICTMENT

                    07 Cr.

                (18 U.S.C. § 1343)

              MICHAEL J. GARCIA
              United States Attorney.

                  A TRUE BILL


         _____ Foreperson.
```

12/13/07 filed Indictment Case assigned to Judge Stein. of map Judge Laty

3