AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                         DISTRICT OF                         NEW YORK

**APPEARANCE**

Case Number: 07-cr-01157

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL SMITH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/1/2008 | *(signature)* |
| Date | Signature |
| | HUGH M. MUNDY — 9500 |
| | Print Name / Bar Number |
| | 52 Duane Street, Fl. 10 |
| | Address |
| | New York, NY 10007 |
| | City / State / Zip Code |
| | (212) 417-8737 / (212) 571-0392 |
| | Phone Number / Fax Number |