UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
    UNITED STATES OF AMERICA,      :    07-Cr-1157 (SHS)
                                                            :
                                                            :    ORDER
                -against-                        :
    MICHAEL SMITH,                          :
                      Defendant.          :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today with attorneys for the government and the defendant appearing, it is hereby ORDERED that defendant is released on his own recognizance, shall be subject to regular pretrial supervision, shall participate in mental health counseling arranged by pretrial services, and is directed to report to pretrial services at 233 Broadway, 14th Floor, New York, NY at 10:00 am, Monday March 24, 2008.

Dated: New York, New York
       March 21, 2008

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.

1