**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
MAY 2 2 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2008

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  United States v. Michael A. Smith
     07 Cr. 1157 (SHS)

Dear Judge Stein:

The Government writes (with the consent of defense counsel) to respectfully request an adjournment of the conference scheduled for May 23, 2008. As stated at the last conference, the Government is evaluating whether to proceed with its prosecution of the defendant or to submit an application for a *Nolle* to the Court. This decision involves a careful weighing of interests and requires input from several people in the Office. Accordingly, it is taking longer than expected. The Government respectfully requests that tomorrow's conference be adjourned for one week, or such other time as is convenient for the Court. Should the Government reach a decision prior to that time, it will immediately inform the Court and defense counsel.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

cc: Hugh Mundy, Esq. *(by facsimile)*
    Jason Lehrman *(by facsimile)*

*The conference is adjourned to 5/30/08, at 3:30 p.m.*

SO ORDERED 5/22/08

SIDNEY H. STEIN
U.S.D.J.

TOTAL P.02