AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

USA
v
Michael Smith

**APPEARANCE**

Case Number: 07 cr 1157 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

6/19/08
Date

Signature

STEVEN M. STATSINGER
Print Name                                    Bar Number

FEDERAL DEFENDERS OF N.Y. - 52 DUANE ST - 10TH FL
Address

NEW YORK          NY          10007
City              State       Zip Code

(212) 417-8736              (212) 571-0392
Phone Number                Fax Number